PEOPLE v CLEMONS, No. 150870; Court of Appeals No. 324012. Leave to appeal denied at 499 Mich 854.

PEOPLE v GONSER, No. 151118; Court of Appeals No. 324482. Leave to appeal denied at 499 Mich 854.

VIVIANO, J., did not participate because he presided over this case in the circuit court.

WHITE v ST JOHN MACOMB HOSPITAL, No. 151355; Court of Appeals No. 316751. Leave to appeal denied at 499 Mich 854.

VIVIANO, J., did not participate because he presided over this case in the circuit court.

PEOPLE v KINNEY, No. 151630; Court of Appeals No. 325948. Leave to appeal denied at 499 Mich 855.

PEOPLE v GILMORE, No. 152234; Court of Appeals No. 326776. Leave to appeal denied at 499 Mich 857.